IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| BERNARD KIDD | § | |
| VS. | § | CIVIL ACTION NO. 1:13cv213 |
| DIRECTOR, TDCJ-CID | § | |

## MEMORANDUM OPINION REGARDING VENUE

Petitioner Bernard Kidd, an inmate confined in the Gist Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

## Discussion

Petitioner states he is challenging a 2012 conviction for aggravated robbery in the 145th District Court of Nacogdoches County, Texas.

Petitioner filed this petition for writ of habeas corpus in the district in which he was convicted. Pursuant to 28 U.S.C. § 2241(d), a petitioner may bring his petition for writ of habeas corpus in the district in which he was convicted or the district in which he is incarcerated. Accordingly, this court has jurisdiction over the petition.

However, while Nacogdoches County is located within the Eastern District of Texas, it is in the Lufkin Division, rather than the Beaumont Division. As a result, this case should be

transferred to the Lufkin Division of this court.  A Transfer Order shall be entered in accordance with this Memorandum Opinion.

**SIGNED** this  17  day of       April      , 2013.

_____
KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE